**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

AUTOMATED TRANSACTIONS LLC,

        Plaintiff,

        - v. -

NEW YORK COMMUNITY BANK and NEW YORK COMMUNITY BANCORP, INC.,

        Defendants.

Case No. 2:12-cv-03070-JS-ARL

---

## DECLARATION OF GERARD F. DIEBNER

I, Gerard F. Diebner, declare as follows:

1. I am a member of the firm of Tannenbaum Helpern Syracuse & Hirschtritt LLP and I am counsel for Plaintiff Automated Transactions LLC. I make this Declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss the Complaint.

2. Attached hereto as Exhibit 1 is a copy of the Second Amended Complaint from *Automated Transactions, LLC v. First Niagara Financial Group, Inc.*, 10-cv-00407 (A)(M) (W.D.N.Y.), without copies of the patents attached.

3. Attached hereto as Exhibit 2 is a copy of the Second Amended Complaint from *Automated Transactions, LLC v. Astoria Financial Corp.*, Civil Action No. 09-cv-969 (SHS) (S.D.N.Y.), without copies of the patents attached.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: August 24, 2012

Gerard F. Diebner